# Schedule

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Baby Likes To Rock It |
| Line 3 | Writer(s) | Steve Ripley; Walt Richmond |
| Line 4 | Publisher Plaintiff(s) | Walter Allen Richmond d/b/a Chinquapin Music; Paul Steven Ripley d/b/a Boy Rocking Music; Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 10/13/94 |
| Line 6 | Registration No(s). | PA 730-793 |
| Line 7 | Date(s) of Infringement | 10/26/22 |
| Line 8 | Place of Infringement | The Lodge Brick City Craft Pub & Eatery |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 2 | |
| Line 2 | Musical Composition | Boy Named Sue a/k/a A Boy Named Sue | |
| Line 3 | Writer(s) | Shel Silverstein | |
| Line 4 | Publisher Plaintiff(s) | Evil Eye Music, Inc. | |
| Line 5 | Date(s) of Registration | 4/29/69 | 6/25/70 |
| Line 6 | Registration No(s). | Eu 112300 | Ep 275018 |
| Line 7 | Date(s) of Infringement | 10/26/22 | |
| Line 8 | Place of Infringement | The Lodge Brick City Craft Pub & Eatery | |

| Line 1 | Claim No. | 3 |
|---|---|---|
| Line 2 | Musical Composition | Don't Bring Me Down |
| Line 3 | Writer(s) | Jeff Lynne |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music Inc. |
| Line 5 | Date(s) of Registration | 6/13/79 |
| Line 6 | Registration No(s). | PA 35-638 |
| Line 7 | Date(s) of Infringement | 10/26/22 |
| Line 8 | Place of Infringement | The Lodge Brick City Craft Pub & Eatery |

| Line 1 | Claim No. | 4 |
|---|---|---|
| Line 2 | Musical Composition | Family Tradition |
| Line 3 | Writer(s) | Hank Williams, Jr. |
| Line 4 | Publisher Plaintiff(s) | Howe Sound Music Publishing LLC d/b/a Cypress Park Music |
| Line 5 | Date(s) of Registration | 2/8/79 |
| Line 6 | Registration No(s). | PA 32-171 |
| Line 7 | Date(s) of Infringement | 10/26/22 |
| Line 8 | Place of Infringement | The Lodge Brick City Craft Pub & Eatery |

| Line 1 | Claim No. | 5 |
|---|---|---|
| Line 2 | Musical Composition | Final Countdown AKA The Final Countdown |
| Line 3 | Writer(s) | Joey Tempest |
| Line 4 | Publisher Plaintiff(s) | Screen Gems-EMI Music, Inc. |
| Line 5 | Date(s) of Registration | 6/25/86 |
| Line 6 | Registration No(s). | PA 292-477 |
| Line 7 | Date(s) of Infringement | 10/26/22 |
| Line 8 | Place of Infringement | The Lodge Brick City Craft Pub & Eatery |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | I Think We're Alone Now |
| Line 3 | Writer(s) | Ritchie Cordell |
| Line 4 | Publisher Plaintiff(s) | EMI Consortium Songs, Inc. d/b/a EMI Longitude Music |
| Line 5 | Date(s) of Registration | 6/8/70        1/24/67 |
| Line 6 | Registration No(s). | Ef 34747      Ep 226335 |
| Line 7 | Date(s) of Infringement | 10/26/22 |
| Line 8 | Place of Infringement | The Lodge Brick City Craft Pub & Eatery |

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | Me And Bobby McGee |
| Line 3 | Writer(s) | Kris Kristofferson; Fred Foster |
| Line 4 | Publisher Plaintiff(s) | Combine Music Corp. |
| Line 5 | Date(s) of Registration | 7/18/69 |
| Line 6 | Registration No(s). | Ep 260746 |
| Line 7 | Date(s) of Infringement | 10/26/22 |
| Line 8 | Place of Infringement | The Lodge Brick City Craft Pub & Eatery |

| | | |
|---|---|---|
| Line 1 | Claim No. | 8 |
| Line 2 | Musical Composition | Rock And Roll Is Here To Stay a/k/a Rock & Roll Is Here To Stay |
| Line 3 | Writer(s) | David Ernest White |
| Line 4 | Publisher Plaintiff(s) | Arc Music Corp.; Golden Egg Music, Inc. |
| Line 5 | Date(s) of Registration | 3/27/85        12/30/57 |
| Line 6 | Registration No(s). | RE 238-045    Eu 505499 |
| Line 7 | Date(s) of Infringement | 10/26/22 |
| Line 8 | Place of Infringement | The Lodge Brick City Craft Pub & Eatery |

| | | |
|---|---|---|
| Line 1 | Claim No. | 9 |
| Line 2 | Musical Composition | Tainted Love |
| Line 3 | Writer(s) | Ed Cobb |
| Line 4 | Publisher Plaintiff(s) | Embassy Music Corporation |
| Line 5 | Date(s) of Registration | 8/30/76 |
| Line 6 | Registration No(s). | Eu 718047 |
| Line 7 | Date(s) of Infringement | 10/26/22 |
| Line 8 | Place of Infringement | The Lodge Brick City Craft Pub & Eatery |

| | | |
|---|---|---|
| Line 1 | Claim No. | 10 |
| Line 2 | Musical Composition | Take On Me |
| Line 3 | Writer(s) | Magne Furuholmen a/k/a Mags Furuholmen; Pal Waaktaar; Morten Harket |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC |
| Line 5 | Date(s) of Registration | 9/9/85 |
| Line 6 | Registration No(s). | PA 274-789 |
| Line 7 | Date(s) of Infringement | 10/26/22 |
| Line 8 | Place of Infringement | The Lodge Brick City Craft Pub & Eatery |

| | | |
|---|---|---|
| Line 1 | Claim No. | 11 |
| Line 2 | Musical Composition | We Will Rock You |
| Line 3 | Writer(s) | Brian May |
| Line 4 | Publisher Plaintiff(s) | Beechwood Music Corporation |
| Line 5 | Date(s) of Registration | 11/18/77   1/30/78   7/16/79 |
| Line 6 | Registration No(s). | Eu 846121   PA 107   PA 39-056 |
| Line 7 | Date(s) of Infringement | 10/26/22 |
| Line 8 | Place of Infringement | The Lodge Brick City Craft Pub & Eatery |

| | | |
|---|---|---|
| Line 1 | Claim No. | 12 |
| Line 2 | Musical Composition | You Really Got Me |
| Line 3 | Writer(s) | Ray Davies |
| Line 4 | Publisher Plaintiff(s) | Jay-Boy Music Corp. |
| Line 5 | Date(s) of Registration | 9/23/64 |
| Line 6 | Registration No(s). | Ef 29476 |
| Line 7 | Date(s) of Infringement | 10/26/22 |
| Line 8 | Place of Infringement | The Lodge Brick City Craft Pub & Eatery |

| | | |
|---|---|---|
| Line 1 | Claim No. | 13 |
| Line 2 | Musical Composition | You Know I'm No Good |
| Line 3 | Writer(s) | Amy Winehouse |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music Inc. |
| Line 5 | Date(s) of Registration | 3/15/07 |
| Line 6 | Registration No(s). | PA 1-167-183 |
| Line 7 | Date(s) of Infringement | 10/26/22 |
| Line 8 | Place of Infringement | The Lodge Brick City Craft Pub & Eatery |

| | | |
|---|---|---|
| Line 1 | Claim No. | 14 |
| Line 2 | Musical Composition | Let It Rock |
| Line 3 | Writer(s) | Kevin Rudolf; Dwayne Carter |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp.; Kevin Winston Rudolf, an individual d/b/a Lion Aire Publishing; Young Money Publishing, Inc. |
| Line 5 | Date(s) of Registration | 2/18/09 |
| Line 6 | Registration No(s). | PA 1-624-274 |
| Line 7 | Date(s) of Infringement | 10/26/22 |
| Line 8 | Place of Infringement | The Lodge Brick City Craft Pub & Eatery |