AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

BROADCAST MUSIC, INC.; CHINQUAPIN MUSIC; BOY ROCKING MUSIC; WARNER-TAMERLANE PUBLISHING CORP. et al,

*Plaintiff(s)*

v.

BRICKHOUSE LODGE INC. d/b/a THE LODGE BRICK CITY CRAFT BUP & EATERY and BRYAN CARACCIOLO, individually,

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BRYAN CARACCIOLO
4330 N. US HIGHWAY 441, UNIT #1
OCALA, FLORIDA 34475

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*