# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION
# CIVIL ACTION NO. 5:23-cv-232-PRL

**BROADCAST MUSIC, INC.;
CHINQUAPIN MUSIC; BOY ROCKING
MUSIC; WARNER-TAMERLANE
PUBLISHING CORP.; EVIL
EYE MUSIC, INC.; EMI BLACKWOOD
MUSIC INC.; HOWE SOUND MUSIC
PUBLISHING LLC d/b/a CYPRESS PARK
MUSIC; SCREEN GEMS-EMI MUSIC,
INC.; EMI CONSORTIUM SONGS, INC.
d/b/a EMI LONGITUDE MUSIC;
COMBINE MUSIC CORP.; ARC MUSIC
CORP.; GOLDEN EGG MUSIC, INC.;
EMBASSY MUSIC CORPORATION;
SONY/ATV SONGS LLC; BEECHWOOD
MUSIC CORPORATION; JAY-BOY
MUSIC CORP.; LION AIRE PUBLISHING;
YOUNG MONEY PUBLISHING, INC.,**

      **Plaintiffs,**

 **v.**

**BRICKHOUSE LODGE INC. d/b/a THE
LODGE BRICK CITY CRAFT PUB &
EATERY and BRYAN CARACCIOLO,
individually**

      **Defendants.**
_____/

## NOTICE OF SETTLEMENT

Plaintiffs, Broadcast Music, Inc., et al, by and through their undersigned counsel, hereby give notice to the Court that the parties have reached a settlement in the above matter. As a result, the Plaintiffs request that the Court administratively close the file for thirty (30) days to permit the parties to meet their preliminary settlement obligations before Plaintiffs seek to dismiss this matter in its entirety.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via CMECF on June 1, 2023 and served via U.S. mail on June 2, 2023 on the following:

Bryan Caracciolo
4330 N. US Highway 441, Unit #1
Ocala, Florida 34475

Brickhouse Lodge, Inc. d/b/a The Lodge Brick City Craft Pub & Eatery
4330 N. US Highway 441, Unit #1
Ocala, Florida 34475

**JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP**

/s/ Zachary D. Messa
Zachary D, Messa, Esquire
Florida Bar No.: 513601
311 Park Place Blvd., Suite 300
Clearwater, FL 33759
Tel: 727-461-1818 /
Fax: (727) 462-0365
Email: ZacharyM@jpfirm.com
Frank R. Jakes, Esquire

2

Florida Bar No.: 372226
401 E. Jackson St., Suite 3100
Tampa, FL 33602
Tel: 813-225-2500 / Fax: 813-223-7118
Email: FrankJ@jpfirm.com
*Attorneys for Plaintiffs*