# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

BROADCAST MUSIC, INC.;
CHINQUAPIN MUSIC; BOY
ROCKING MUSIC; WARNER-
TAMERLANE PUBLISHING
CORP.; EVIL EYE MUSIC INC.;
EMI BLACKWOOD MUSIC INC.;
HOWE SOUND MUSIC
PUBLISHING; SCREEN GEMS-
EMI MUSIC INC.; EMI
CONSORTIUM SONGS, INC.;
COMBINE MUSIC CORP.; ARC
MUSIC CORP.; GOLDEN EGG
MUSIC, INC.; EMBASSY MUSIC
CORPORATION; SONY/ATV
SONGS LLC; BEECHWOOD
MUSIC CORPORATION; JAY-
BOY MUSIC CORP.; LION AIRE
PUBLISHING CORP. ;and
YOUNG MONEY PUBLISHING,
INC.,

               Plaintiffs,

v.

                                    Case No. 5:23-cv-232-JA-PRL

BRICKHOUSE LODGE INC. and
BRYAN CARACCIOLO,
               Defendants.

---

## ORDER OF DISMISSAL

The Court has been advised by the Plaintiffs that the above-styled action has been completely settled. (Notice of Settlement, Doc. 15).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of

Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within thirty days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings.  The Clerk is directed to close this case.

  **DONE** and **ORDERED** on June 6, 2023.

             JOHN ANTOON II
           United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties